**Ricky Lee MADDIX, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 34843.**

Missouri Court of Appeals,
Western District.

Oct. 4, 1983.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Dan Crawford, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., and SHANGLER and MANFORD, JJ.

## ORDER

PER CURIAM:

The movant appeals from denial of a Rule 27.27 petition entered without evidentiary hearing. The movant contends the allegations pleaded a cause of action so as to entitle him to present evidence. The judgment is affirmed. Rule 84.16(b).